THE MACON WAGON CO., Respondent, *v.* JAMES B. CARNEY, Appellant.

### April 13, 1885.

Judgment of the circuit court affirmed because of failure to assign errors, or to file any brief as by statute required.

APPEAL from Randolph Circuit Court, HON. G. W. BURCKHARTT, Judge.

*Affirmed.*

JOHN R. CHRISTIAN, for the appellants.

Opinion by PHILIPS, P. J.

The appellant has failed to make any assignment of errors, or to file any brief in this case, as by statute required. It follows that the judgment of the circuit court must be affirmed. All concur.